IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

JESSE J. WHITE,
PA Attorney ID 91152,                    : Misc. No. 17-202-JAD

*Debtors.*

## ORDER

Upon the consent of Jesse J. White and his legal counsel, Mr. White is temporarily suspended from the practice of law before the United States Bankruptcy Court for the Western District of Pennsylvania. This temporary suspension shall take effect April 14, 2017, in order to enable bankruptcy clients to obtain replacement counsel.

This suspension may only be lifted upon an order of the Court and upon an appropriate petition by Mr. White.

The Clerk is directed to file a copy of this Order in all of Mr. White's cases, as well as within his own bankruptcy case. As to the latter, Mr. White may proceed on a *pro se* basis within his own individual case.

Dated: March 24, 2017

Jeffery A. Deller
Chief United States Bankruptcy Judge

cc:   Hon. Joy Flowers Conti
      Hon. Thomas P. Agresti
      Hon. Carlota M. Bohm
      Hon. Gregory L. Taddonio
      Mr. Robert Barth
      Michael R. Rhodes, Esquire
      Pa. Disciplinary Board Chief Counsel

FILED
3/24/17 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21234-GLT
Randy McClain                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: llea              Page 1 of 1            Date Rcvd: Apr 18, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db             +Randy McClain,    383 Woodcliff Circle,    Pittsburgh, PA 15243-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        Jesse J. White    on behalf of Debtor Randy  McClain bkinfo@jessewhitelaw.com,
        jwhitebankruptcy@gmail.com
        Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
     rive.com
                                                                                            TOTAL: 5