**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Randy McClain,                                   Bankr. No. 17-21234-GLT


        Debtor(s).                               Chapter


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To: Clerk of Courts

        Please enter the appearance of Joseph S. Sisca on behalf of the United States Trustee in the above captioned matter.

                                        Respectfully Submitted,

                                        ANDREW R. VARA
                                        ACTING UNITED STATES TRUSTEE
                                        Region 3


                        By:    /s/Joseph S. Sisca
                               Assistant United States Trustee
                               Liberty Center, Suite 970
                               1001 Liberty Avenue
                               Pittsburgh, Pennsylvania 15222
                               (412) 644-4756 Telephone
                               (412) 644-4785 Facsimile
                               Pennsylvania ID 46719
                               Joseph.S.Sisca@usdoj.gov