**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  17-21234-GLT |
| | : | |
| RANDY MCCLAIN | : | Chapter 7 |
| | : | |
| *Debtor* | : | Doc. No.  19 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Related to Doc. No. 18 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## *Status Report*

COMES NOW, Natalie Lutz Cardiello, Esquire, Chapter 7 Trustee in the above-styled case, and files the within Status Report pursuant to this Honorable Court's Order Setting Status Conference entered on June 8, 2017, to wit:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on March 30, 2017.

2. Natalie Lutz Cardiello was appointed and qualified as the Chapter 7 Trustee.

3. The §341(a) Meeting of Creditors was held on June 5, 2017 at Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222.

4. The Debtor attended the §341(a) Meeting of Creditors with his attorney, David Z. Valencik, Esquire.

5. The §341(a) Meeting of Creditors was concluded and the Trustee filed her Report of No Distribution on June 5, 2017.

Dated:  June 8, 2017                                                                    Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043