IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 17-21106-GLT |
| : | Chapter 7 |
| CHRISTOPHER ALAN MAY, : | |
| : | |
| Debtor. : | |
| In re: : | Case No. 17-21151-GLT |
| : | Chapter 7 |
| BRETT MICHAEL GRAY and : | |
| JENNY MARIE GRAY, : | |
| : | |
| Debtors. : | |
| In re: : | Case No. 17-21152-GLT |
| : | Chapter 7 |
| ALANA ANN BEACH, : | |
| : | |
| Debtor. : | |
| In re: : | Case No. 17-21234-GLT |
| : | Chapter 7 |
| RANDY MCCLAIN, : | |
| : | |
| Debtor. : | |
| In re: : | Case No. 17-21461-GLT |
| : | Chapter 7 |
| JASON D. ANSELL and : | |
| MELISSA M. ANSELL, : | |
| : | |
| Debtors. : | |
| In re: : | Case No. 17-21473-GLT |
| : | Chapter 7 |
| ALEXANDER NICHOLAS SAKELOS and : | |
| ALICIA SAKELOS, : | |
| : | |
| Debtors. : | |

| | |
|---|---|
| In re: | : Case No. 17-21485-GLT |
| | : Chapter 7 |
| COURTNEY NICOLE WOOD, | : |
| | : |
| Debtor. | : |
| | : |

## ORDER SETTING STATUS CONFERENCE

The Debtors in the above-captioned cases each filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code. At the time the petitions were filed, each Debtor was represented by Attorney Jesse J. White. On March 24, 2017, the Court issued its *Order* temporarily suspending Mr. White from the practice of law before this Court.[1] The suspension became effective on April 14, 2017.

In these cases, the chapter 7 trustee conducted a section 341 meeting of creditors (a "Meeting of Creditors") subsequent to Mr. White's suspension. While the Meeting of Creditors was held and concluded in each instance, the record is devoid of any information as to who appeared at the Meetings of Creditors on behalf the Debtors and whether any attorney is currently representing their interests during the course of Mr. White's suspension. The Court also notes that replacement counsel has entered an appearance in only two of the seven cases referenced in this *Order*.[2] Because many questions remain unanswered, the Court will schedule a status conference to determine whether each Debtor has access to competent legal representation until such time as either their case is closed or Mr. White's suspension is terminated.

---

[1]   Case No. 17-21106-GLT at Dkt. No. 10; Case No. 17-21151-GLT at Dkt. No. 6; Case No. 16-21152-GLT at Dkt. No. 6; Case No. 17-21234-GLT at Dkt. No. 13; Case No. 17-21461-GLT at Dkt. No. 12; Case No. 17-21473-GLT at Dkt. No. 9; and Case No. 17-21485-GLT at Dkt. No. 8.

[2]   On May 31, 2017, David Z. Valencik, Esq. entered his appearance in Case Nos. 17-21152-GLT (In re Beach) and 17-21485-GLT (In re Wood). However, the docket indicates that the Meeting of Creditors in both of those cases was held on May 12, 2017.

2

AND NOW, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A status conference shall be held on **July 12, 2017** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Mr. White, Attorney Valencik, a representative of the United States Trustee's office, and any attorney who claims to currently represent any of the above-captioned Debtors shall personally appear at the July 12 status conference.

2. On or before **June 22, 2017**, the chapter 7 trustee appointed in each case shall file a status report identifying any individuals who appeared at the Meeting of Creditors on behalf of the respective Debtors as legal counsel.

3. To the extent the Office of the United States Trustee has additional information regarding the ongoing legal representation of these Debtors during Mr. White's suspension, it shall file a status report by **June 22, 2017**.

4. Any further response to this *Order* shall be filed on or before **June 22, 2017**.

Dated: June 8, 2017

GREGORY L. ADDONIO   mt
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Christopher Alan May
Brett Michael and Jenny Marie Gray
Alana Ann Beach
Randy McClain
Jason D. and Melissa M. Ansell
Alexander Nicholas and Alicia Sakelos
Courtney Nicole Wood
Jesse J. White
David Z. Valencik, Esq.
Natalie Lutz Cardiello, Esq.
Jeffrey J. Sikirica, Esq.
Pamela J. Wilson, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-21234-GLT
Randy McClain                                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Jun 08, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db            +Randy McClain,    383 Woodcliff Circle,    Pittsburgh, PA 15243-1455
              +David Valencik, Esq.,    428 Forbes Ave., Suite 900,    Pittsburgh, PA 15219-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Jesse J. White    on behalf of Debtor Randy  McClain bkinfo@jessewhitelaw.com,
       jwhitebankruptcy@gmail.com
      Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov
      Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
                                                                                                                              TOTAL: 6