**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21234 GLT |
| Randy McClain, | ) **Chapter** 7 |
| **Debtor.** | ) **Document No.** |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of David Z. Valencik and Calaiaro Valencik on behalf of Randy McClain, the Debtor in the above-captioned proceeding, and it is hereby respectfully requested that all notices be sent on behalf of Randy McClain to the above counsel's address.

**DATE**: June 22, 2017

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | ) **Case No.** 17-21234 GLT |
| Randy McClain, | | ) **Chapter** 7 |
| | **Debtor.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF
Notice of Entry of Appearance and Request for Notices**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 22, 2017.

**Service by First Class Mail:**
Randy McClain, 383 Woodcliff Circle, Pittsburgh, PA 15243

**Service by NEF:**
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA 15222

Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106; ncardiello@comcast.net

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 22, 2017     /s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**