**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21234 GLT |
| Randy McClain, | ) **Chapter** 7 |
| | ) **Related Document No.** 22-21 |
| **Debtor.** | ) **Document No.** |

### SUPPLEMENT TO NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

1. Attached is a Verified Statement Under Bankruptcy Rule 2014(a).

2. Attached is a Disclosure of Compensation of Attorney for Debtor pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b).

**DATE**: July 3, 2017

**BY:** /s/ Donald R. Calaiaro  
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**BY:** /s/ David Z. Valencik  
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com  
**CALAIARO VALENCIK**  
**428 Forbes Avenue, Suite 900**  
**Pittsburgh, PA  15219-1621**  
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21234 GLT |
| Randy McClain, | ) **Chapter** 7 |
| | ) **Related Document No.** 22-21 |
| **Debtor.** | ) **Document No.** |

## VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2014(a)

The undersigned, on behalf of Calaiaro Valencik, have been employed to represent the Debtor in the future and for the remainder of his Chapter 7 bankruptcy. Jesse White was the filing attorney and is no longer able to represent the Debtor. The Debtor paid a retainer of $450.00 to Calaiaro Valencik to assume representation of the Debtor. These funds were refunded to Calaiaro Valencik by Jesse White. We have been hired by the Debtor and we not had prior connection with the Debtor or any creditor or any party of the interest prior to this employment.  We are not related to the Debtor and we hold no interest adverse to the estate. We are disinterested persons as defined in 11 U.S.C. §101(14). We have entered into an agreement with the Debtor to charge an hourly rate of $350.00 for services performed by Donald R. Calaiaro, $300.00 for services performed by David Z. Valencik, $250.00 for services performed by a Staff Attorney, and $100.00 for services performed by a Paralegal. We have no agreement to share this compensation with any party other than with the firm of Calaiaro Valencik.  To the best of the applicant's knowledge, counsel has no other connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.  This statement is made under penalties of perjury.

**DATE:** July 3, 2017        **BY:** /s/ Donald R. Calaiaro _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Pennsylvania

In re: Alexander Nicholas Sakelos and Alicia Sakelos  
Debtor(s)

Case No. 17-21473 GLT  
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                               $ 450.00
   Prior to the filing of this statement I have received                     $ 450.00
   Balance Due                                                                $ all services will be billed at an hourly rate

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify): Jesse White

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 30, 2017  
*Date*

/s/ Donald R. Calaiaro  
Donald R. Calaiaro, PA ID #27538 dcalaiaro@c-vlaw.com  
David Z. Valencik, PA ID #308361 dvalencik@c-vlaw.com  
CALAIARO VALENCIK  
428 Forbes Avenue, Suite 900  
Pittsburgh, PA 15219-1621  
412-232-0930 phone  
412-232-3858 fax  
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **)** **Case No.** 17-21234 GLT |
| Randy McClain, | **)** **Chapter** 7 |
| | **)** **Related Document No.** 22-21 |
| **Debtor.** | **)** **Document No.** |

## CERTIFICATE OF SERVICE OF
## Supplement to Notice of Entry of Appearance and Request for Notices

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 3, 2017.

**Service by First Class Mail:**
Randy McClain, 383 Woodcliff Circle, Pittsburgh, PA 15243

**Service by NEF:**
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA 15222

Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106; ncardiello@comcast.net

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** July 3, 2017       /s/ Donald R. Calaiaro _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**