**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21234 GLT |
| Randy McClain, | ) **Chapter** 7 |
| | ) **Related Document No.** 22-21 |
| **Debtor.** | ) **Document No.** |

## VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2014(a)

The undersigned, on behalf of Calaiaro Valencik, have been employed to represent the Debtor in the future and for the remainder of his Chapter 7 bankruptcy. Jesse White was the filing attorney and is no longer able to represent the Debtor. The Debtor has not paid a retainer to Calaiaro Valencik to assume representation of the Debtor. Calaiaro Valencik has requested to be paid $450.00 from Jesse White. We have been hired by the Debtor and we not had prior connection with the Debtor or any creditor or any party of the interest prior to this employment. We are not related to the Debtor and we hold no interest adverse to the estate. We are disinterested persons as defined in 11 U.S.C. §101(14). We have entered into an agreement with the Debtor to charge an hourly rate of $350.00 for services performed by Donald R. Calaiaro, $300.00 for services performed by David Z. Valencik, $250.00 for services performed by a Staff Attorney, and $100.00 for services performed by a Paralegal. We have no agreement to share this compensation with any party other than with the firm of Calaiaro Valencik. To the best of the applicant's knowledge, counsel has no other connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. This statement is made under penalties of perjury.

**DATE:** July 5, 2017

**BY:** /s/ Donald R. Calaiaro _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**