Case 17-21234-GLT   Doc 29   Filed 07/12/17   Entered 07/13/17 01:03:42   Desc Imaged
Certificate of Notice   Page 1 of 4

SC Entered
7/10/17 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-24282-GLT |
| | Chapter 7 |
| ANDREW GEORGE ULLOM and | |
| GEORGIA MARIE ULLOM, | Related to Dkt. Nos. 20 and 33 |
| Debtors. | |
| In re: | Case No. 17-21151-GLT |
| | Chapter 7 |
| BRETT MICHAEL GRAY and | |
| JENNY MARIE GRAY, | Related to Dkt. Nos. 6 and 24 |
| Debtors. | |
| In re: | Case No. 17-21152-GLT |
| | Chapter 7 |
| ALANA ANN BEACH, | |
| | Related to Dkt. Nos. 6 and 25 |
| Debtor. | |
| In re: | Case No. 17-21234-GLT |
| | Chapter 7 |
| RANDY MCCLAIN, | |
| | Related to Dkt. Nos. 13 and 18 |
| Debtor. | |
| In re: | Case No. 17-21473-GLT |
| | Chapter 7 |
| ALEXANDER NICHOLAS SAKELOS and | |
| ALICIA SAKELOS, | Related to Dkt. Nos. 9 and 13 |
| Debtors. | |
| In re: | Case No. 17-21485-GLT |
| | Chapter 7 |
| COURTNEY NICOLE WOOD, | |
| | Related to Dkt. Nos. 8 and 19 |
| Debtor. | |

## ORDER CANCELLING STATUS CONFERENCE

On June 8, 2017, the Court issued its *Order Setting Status Conference* in the above-captioned cases. At the time the petitions were filed, each Debtor was represented by Attorney Jesse J. White. However, effective April 14, 2017, Attorney White was suspended from the practice of law before this Court.[1] In light of the suspension, the Court scheduled a status conference on July 12, 2017 to determine whether each Debtor has access to competent legal representation until such time as their case is closed.

Since the *Order* scheduling the July 12 status conference was issued, replacement counsel, David Z. Valencik, Esq., entered his appearance in each of the above-captioned cases. Based upon the *Notices of Appearance* filed by Attorney Valencik, the Court is satisfied that the Debtors' interests are sufficiently represented at this time.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the status conference scheduled on July 12, 2017 at 11:00 a.m. is **CANCELLED**. Please be advised that this *Order* applies <u>only</u> to the above-captioned cases. The status conference scheduled in Case Nos. 17-21106-GLT (*In re May*); 17-21485-GLT (*In re Ansell*); 16-20368-GLT (*In re Crouse*); and 16-21717-GLT (*In re Rogers*) <u>remain on the Court's calendar pending further Court Order</u>.

Dated: July 10, 2017

GREGORY L. TADDONIot
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Andrew George and Georgia Marie Ullom
Brett Michael and Jenny Marie Gray
Alana Ann Beach
Randy McClain
Alexander Nicholas and Alicia Sakelos

---

[1] On June 26, 2017, the Supreme Court issued an *Order* disbarring Attorney White on consent from the Bar of the Commonwealth of Pennsylvania. *See*, *e.g.*, Case No. 16-24282-GLT at Dkt. No. 35.

Courtney Nicole Wood
David Z. Valencik, Esq.
Natalie Lutz Cardiello, Esq.
Jeffrey J. Sikirica, Esq.
Pamela J. Wilson, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Randy McClain  
      Debtor

Case No. 17-21234-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jul 10, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
db             +Randy McClain,    383 Woodcliff Circle,    Pittsburgh, PA 15243-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
      David Z. Valencik    on behalf of Debtor Randy  McClain dvalencik@c-vlaw.com,
       cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
      James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
      Jesse J. White    on behalf of Debtor Randy  McClain bkinfo@jessewhitelaw.com,
       jwhitebankruptcy@gmail.com
      Joseph S. Sisca,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee   Office of the United States Trustee joseph.s.sisca@usdoj.gov
      Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
       ncardiello@ecf.epiqsystems.com
      Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
                                                                                                                TOTAL: 8