**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Randy McClain** | Social Security number or ITIN **xxx–xx–4138** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–21234–GLT**

---

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy McClain

<u>8/9/17</u>                                                                 **By the court:**  <u>Gregory L. Taddonio</u>
                                                                                                   United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21234-GLT
Randy McClain                                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: admin            Page 1 of 2            Date Rcvd: Aug 09, 2017
                                Form ID: 318           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db            +Randy McClain,    383 Woodcliff Circle,    Pittsburgh, PA 15243-1455
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14391505      +Aes/m&t Elt - Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14391506      +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14391507      +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
14391508      +Aes/pnc Ed Ln Ctr,    Po Box 61047,    Harrisburg, PA 17106-1047
14391513      +Amex,    Po Box 8218,    Mason, OH 45040-8218
14391535     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Sunoco,    Po Box 78056,    Phoenix, AZ 85062)
14391518      +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
14391520      +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
               St Louis, MO 63179-0040
14391522      +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
14391523      +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14391528      +Flr Solution,    Po Box 94498,    Las Vegas, NV 89193-4498
14391529      +Loan Depot,    Po Box 503550,    San Diego, CA 92150-3550
14391530      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14391531      +PNC Bank Credit Card,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
14391532      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14391534      +Sears,    Po Box 9001055,    Louisville, KY 40290-1055
14391542      +Visa,    Po Box 856177,    Louisville, KY 40285-6177
14391544      +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
14391543      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QNLCARDIELLO.COM Aug 10 2017 01:03:00    Natalie Lutz Cardiello,    107 Huron Drive,
               Carnegie, PA 15106-1826
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:10:46    Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14391509      +EDI: AMEREXPR.COM Aug 10 2017 01:03:00    American Express,    Po Box 1270,
               Newark, NJ 07101-1270
14396259       EDI: BECKLEE.COM Aug 10 2017 01:03:00    American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14391512      +EDI: AMEREXPR.COM Aug 10 2017 01:03:00    Amex,    Correspondence,    Po Box 981540,
               ElPaso, TX 79998-1540
14391511      +EDI: AMEREXPR.COM Aug 10 2017 01:03:00    Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
14391510      +EDI: AMEREXPR.COM Aug 10 2017 01:03:00    Amex,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
14391515       EDI: CAPITALONE.COM Aug 10 2017 01:04:00    Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
14391514      +EDI: CAPITALONE.COM Aug 10 2017 01:04:00    Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14391516      +EDI: CAPITALONE.COM Aug 10 2017 01:04:00    Capital One Bank,    Po Box 71083,
               Charlotte, NC 28272-1083
14391517      +EDI: CHASE.COM Aug 10 2017 01:03:00    Chase,    Po Box 15123,    Wilmington, DE 19850-5123
14391519      +EDI: SEARS.COM Aug 10 2017 01:04:00    Citibank/Sears,    Po Box 6282,
               Sioux Falls, SD 57117-6282
14391521      +EDI: CITICORP.COM Aug 10 2017 01:04:00    Citibank/Sunoco,    Po Box 6497,
               Sioux Falls, SD 57117-6497
14411447      +E-mail/Text: svlainich@communitybank.tv Aug 10 2017 01:11:04    Community Bank,
               90 West Chestnut Street,    Suite 100,    Washington, PA 15301-4524
14391524      +E-mail/Text: svlainich@communitybank.tv Aug 10 2017 01:11:04    Community Bank,    Po Box 357,
               Carmichaels, PA 15320-0357
14391525      +E-mail/Text: svlainich@communitybank.tv Aug 10 2017 01:11:04    Community Bank,
               100 N Market St,    Carmichaels, PA 15320-1290
14391527       EDI: DISCOVER.COM Aug 10 2017 01:03:00    Discover Financial,    Po Box 15316,
               Wilmington, DE 19850
14391526      +EDI: DISCOVER.COM Aug 10 2017 01:03:00    Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
14391533      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 10 2017 01:11:14    Quickn Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
14391536      +EDI: RMSC.COM Aug 10 2017 01:04:00    Syncb/levin Furniture,    Po Box 965064,
               Orlando, FL 32896-5064
14391537      +EDI: RMSC.COM Aug 10 2017 01:04:00    Syncb/levin Furniture,    C/o Po Box 965036,
               Orlando, FL 32896-0001
14391539      +EDI: RMSC.COM Aug 10 2017 01:04:00    Synchrony Bank/ HH Gregg,    C/o Po Box 965036,
               Orlando, FL 32896-0001
14391538      +EDI: RMSC.COM Aug 10 2017 01:04:00    Synchrony Bank/ HH Gregg,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2017
                              Form ID: 318             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14391540          EDI: TFSR.COM Aug 10 2017 01:03:00      Toyota Motor credit Corp,    Po Box 8026,
                    Cedar Rapids, IA 52408
14391541         +EDI: TFSR.COM Aug 10 2017 01:03:00      Toyota Motor credit Corp,    240 Gibraltar Rd Ste 260,
                    Horsham, PA 19044-2387
                                                                                                 TOTAL: 25
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Quicken Loans Inc.
aty*           +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826
cr*             American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern, PA  19355-0701
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Debtor Randy  McClain dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James  Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jesse J. White    on behalf of Debtor Randy  McClain bkinfo@jessewhitelaw.com,
               jwhitebankruptcy@gmail.com
              Joseph S. Sisca,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 9
```